NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

v.

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA, INC.,**
*Defendants-Appellants,*

AND

**BEL FUSE, INC.,**
*Defendant-Appellant,*

AND

**CHEROKEE INTERNATIONAL CORP. AND LINEAGE POWER CORP.,**
*Defendants-Appellants,*

AND

**DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., MURATA POWER SOLUTIONS, INC., AND POWER-ONE, INC.,**
*Defendants-Appellants.*

---

2011-1191, -1192, -1193, -1194

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

---

## ON MOTION

---

Before LINN, *Circuit Judge.*

## ORDER

Bel Fuse submits a motion for a stay, pending appeal, of the injunction entered by the United States District Court for the Eastern District of Texas.

Upon consideration thereof,

IT IS ORDERED THAT:

SynQor, Inc. is directed to respond no later than February 7, 2011. The injunction is temporarily stayed to the extent that it applies to products specified on page 13 of Bel Fuse's motion that Bel Fuse asserts are sold to Cisco Systems, Inc., pending this court's consideration of the papers submitted.

FOR THE COURT

FEB 0 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Constantine L. Trela, Jr., Esq.
Steven Nelson Williams, Esq.
Avin P. Sharma, Esq.
Michael J. Newton, Esq.
Alan D. Smith, Esq.
Earl Glenn Thames, Jr., Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 1 2011

JAN HORBALY
CLERK

Eric W. Benisek, Esq.
William F. Lee, Esq.

s19